NTCASCLM

# United States Bankruptcy Court

### *Northern District of Illinois*

### *Eastern Division*
### *219 S Dearborn*
### *7th Floor*
### *Chicago, IL 60604*

---

In Re:

Carlon Brown
4850 S. Lake Park Ave.
Apt. 1507
Chicago, IL 60615
SSN: xxx–xx–6918 EIN: N.A.

Case No.
:    18–14516

Chapter :   13
Judge :    Jacqueline P. Cox

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : ONEMAIN

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to
Portfolio Recovery Associates, LLC of your claim in the above matter, designated Claim No. 2 in the amount of
$9166.34.   If no objections are filed by you on or before March 14, 2019 the Court shall substitute Portfolio Recovery
Associates, LLC in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing
will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: February 22, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 18-14516-JPC
Carlon Brown                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lsims            Page 1 of 1            Date Rcvd: Feb 22, 2019
                             Form ID: ntcasclm       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2019.
db            +Carlon Brown,    4850 S. Lake Park Ave.,    Apt. 1507,    Chicago, IL 60615-2073

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26806675       E-mail/PDF: cbp@onemainfinancial.com Feb 23 2019 01:27:34     ONEMAIN,    P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
                                                                                 TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2019 at the address(es) listed below:
          David M Siegel    on behalf of Debtor 1 Carlon  Brown davidsiegelbk@gmail.com,
           author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Tom  Vaughn    ecf@tvch13.net,   ecfchi@gmail.com
                                                                              TOTAL: 3